**FILED**
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y.

★ OCT 16 2009 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ANTHONY TROCCHIA,

                Plaintiff,

        v.

MOTORINO WILLIAMSBURG, INC and Rosa Rivera,

                Defendants.

Case No. 09 Civ-4125

JUDGE COGAN

**STIPULATION AND [PROPOSED] ORDER**

---

WHEREAS, Ravi Ivan Sharma, Esq., attorney for defendant Motorino Williamsburg, Inc., requires time to move for admission before the court and to respond to the complaint;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, the time to answer the complaint herein be and is hereby extended to November 18, 2009.

Dated: October 14, 2009
New York, New York

LAW OFFICE OF MARTIN J. COLEMAN, P.C.

By: *[signature]*

Martin J. Coleman MJC7945
100 Crossways Park West, Suite 412
Tel.   (516)802-5960
Fax
martinjcolemanesq@yahoo.com

*Attorneys for Plaintiff*

RAVI IVAN SHARMA LAW OFFICES

By: *[signature]*

Ravi Ivan Sharma
200 Park Avenue South, Suite 1511
Tel.  (212) 537-5957
Fax  (212) 537-5956
ravi@sharmalaw.com

*Attorney for Defendant Motorino Williamsburg, Inc.*

SO ORDERED: /s/(BMC)
U.S.D.J.

10/16/09